AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 21-731 MJ |
| Victoria Maria SNOWDEN | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>May 27, 2021</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections)</u>, an offense described as follows:

engaged in a conspiracy to commit a violation of 8 USC 1324(a)(1)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United Sates in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law

This criminal complaint is based on these facts:
On May 27, 2021, at approximately 1650 hours, Border Patrol Agent One (BPA1) was driving southbound on County Road A-08 towards New Mexico Highway 9. When BPA 1 arrived at New Mexico Highway 9, a civilian in a jeep pulled over and informed BPA 1 that he observed several people running in the dessert south of the highway towards a dark blue sedan. BPA 1 looked west towards the area in question and observed one subject jumping the barbed wire fence south of New Mexico Highway 9 and board into a blue in color sedan. This stretch of New Mexico Highway 9 is a known location for illegal aliens to use to further their illegal entry into the United States. At approximately 1700 hours BPA 1 observed the vehicle depart from the area and drive east towards his location.

☒ Continued on the attached sheet.

*Complainant's signature*

Matthew Simpkins, Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 30, 2021

*Judge's signature*

City and state: Las Cruces, N.M.

Carmen E. Garza, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
V.
Victoria Maria SNOWDEN

**Continuation of Statement of Facts:**
BPA 1 waited for the vehicle to pass his location and then proceeded to drive his service vehicle behind the blue in color sedan in an attempt to conduct a vehicle stop and immigration inspection.

As BPA 1 approached the blue in color sedan bearing Texas temporary license plates 13393U9, the vehicle accelerated in speed. BPA 1 notified nearby agents working in the area of what had transpired along with direction of travel of the vehicle via his service radio. BPA 1 observed the vehicle accelerate speeds of approximately 100 miles per hour or greater and decided to back off from the pursuit understanding there were agents further up ahead on the highway that would be able to keep observation on the vehicle. BPA 1 advised agents that were positioned further east on New Mexico Highway 9 that the vehicle was proceeding east in an effort to keep observation on it in case he lost it.

BPA 1 observed at a distance the blue in color sedan began to slow down and came to an abrupt stop on a shoulder of New Mexico Highway 9. BPA 1 observed about 9 subjects exit the vehicle and run south from the highway and into the desert area. BPA 1 observed the blue in color sedan merge back on the highway and proceeded to drive east on New Mexico Highway 9 after it had dropped off the subjects.

At approximately 1700 hours, BPA 1 approached the area where he had previously observed the subjects run into the desert. BPA 1 was able to locate footprints that were left from the subjects and proceeded to follow the foot prints out on foot. Shortly after BPA 1 encountered 9 subjects attempting to hide behind some mesquite bushes. BPA 1 identified himself as a United States Border Patrol Agent and began to question all 9 subjects as to their citizenships. All subjects claimed to have just made an illegal entry into the United States and five admitted to being citizens of Mexico. Three subjects admitted being citizens of Ecuador, and the remaining subject admitted to being a citizen out of Guatemala. All 9 subjects without proper documents to be or remain in the U.S. legally.

BPA 1 placed all 9 subjects under arrest and walked them back towards the highway. BPA 1 notified nearby agents that the subjects the blue in color sedan had picked up and dropped off were undocumented non-citizens leading to believe the vehicle was involved in alien smuggling.

Border Patrol Agents Two (BPA 2) and Border Patrol Agent 3 (BPA 3) located the blue in color sedan bearing the same temporary license plates continuing east on New Mexico Highway 9. BPA 2 and BPA 3 activated their emergency equipment in their service vehicles to conduct a vehicle stop and the blue in color sedan yielded at approximately mile marker 142 of New Mexico Highway 9. BPA 2 and BPA 3 approached the vehicle identified themselves as United States Border Patrol Agents and placed both driver and passenger under arrest due to the smuggling scheme which had just unfolded. The driver later identified as SNOWDEN, Victoria was questioned as to her citizenships to which she admitted being citizen of the U.S.
All subjects were transported to the Santa Teresa Border Patrol Station for further processing and investigation.

PRINCIPAL STATEMENT: (SNOWDEN)
SNOWDEN stated that approximately 1423 hours she received a phone call from one of her brother's friends known to her by the moniker coyote. SNOWDEN said that coyote told her that he has a job moving people. SNOWDEN stated she understood the offer she was being made was to transport immigrants that had crossed the international border illegally.

SNOWDEN stated that due to her difficult financial situation, she accepted the job paying $250 USD per person she transported. SNOWDEN was given instructions by Coyote as to where to drive on New Mexico Highway 9 (HWY 9) until she reached mile marker (MM) 131 and was then instructed to honk her vehicle's horn three times. SNOWDEN stated that she did as instructed, but nobody came out and she called Coyote back. SNOWDEN stated the Coyote then told her to drive to MM 130 and to try it again. SNOWDEN stated that at MM 130, a group of people started running toward her vehicle as a dark in color SUV passed her location on the highway. SNOWDEN said she left the area in a hurry once the illegal aliens boarded her vehicle and down the road she noticed the same dark in color SUV parked next to a Border Patrol vehicle and she knew that they were informing the agent of her actions. SNOWDEN informed she decided to accelerate her vehicle faster to avoid apprehension by the Border Patrol.

SNOWDEN stated that she checked her rear-view mirror and did not see Border Patrol and so decided to off load all the subjects at an unknown MM. SNOWDEN stated she then drove at a slower speed until they were pulled over by Border Patrol. SNOWDEN said she then called Coyote to inform him that Border Patrol had stopped her, and he hang up the phone call. SNOWDEN decided to delete the conversations with Coyote on her WhatsApp.

DISPOSITIONS:
Agents contacted Assistant United States Attorney (AUSA) and presented the 2 on 9 alien smuggling scheme. AUSA accepted criminal prosecution under 8 USC 1324 Conspiracy to Transport on the driver, SNOWDEN, Victoria Maria.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Simpkins, Matthew
Filing Agent